# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| IN RE:<br>ALAN G. EBERWEIN<br>BONNIE L. EBERWEIN<br>    Debtors. | Case No. 09-33471<br>Chapter 13 |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Chrysler Financial Services Americas, LLC ("CFS") f/k/a DaimlerChrysler Financial Services Americas, LLC, by counsel, states as follows for its Objection to the Chapter 13 Plan (the "Plan") by Alan G. Eberwein and Bonnie L. Eberwein (the "Debtors").

1. On December 21, 2009, the debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §301 et seq., and an order for relief was entered thereon. Curtis C. Reding is the standing Chapter 13 Trustee herein (the "Trustee").

2. CFS is a secured creditor of the debtor, Bonnie L. Eberwein, having a lien on a 2005 Jeep Grand Cherokee, VIN 1J4GS48K65C655463 (the "Vehicle"), which secures repayment of amounts owed by the debtor under a certain Retail Installment (the "Contract") dated October 15, 2005.

3. Pursuant to the Retail Installment, the pay-off amount due and owing to CFS is $11,473.05 with contract interest at 4.9%.

4. The Plan alleges that the vehicle is worth $8,900.00 with interest at 4.75%.

5. CFS objects to the Plan because:

   a. The Plan proposes to "value" the Vehicle at $8,900.00, while the retail value is $12,625.00.

   b. The Plan is not proposed in good faith as required by 11 U.S.C. §1325(a)(3).

6. Debtors' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. Section 1325 (a)(1) in that it does not provide adequate protection for CFS's interest pursuant to 11 U.S.C. Section 361.

WHEREFORE, CFS objects to the Plan and requests that the Court deny confirmation until the foregoing deficiencies are resolved.

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb (ASB9223-M71W)
Attorney for Chrysler Financial Services Americas, LLC
Halcomb & Wertheim, PC
PO Box 12005
Birmingham, AL 35202-2005
(205)251-0046

# Certificate of Service

   I hereby certify that a copy of the foregoing upon Counsel for the debtors, and the Trustee, via US Mail, postage prepaid and/or electronic filing, this the 14th day of January, 2010, to the addresses listed below:

**Richard D. Shinbaum**
Counsel for Debtors
P.O. Box 201
Montgomery, AL 36101


**Curtis C. Reding**
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101


**Alan G. and Bonnie L. Eberwein**
1202 Valridge N
Prattville, AL 36066

             */s/ W. McCollum Halcomb*
             W. McCollum Halcomb