UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  BONNIE L EBERWEIN )
  ALAN EBERWEIN ) CASE NO. 09-33471-DHW-13
    Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math & Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed Court Claim #4 in the amount of $7,684.17 and Court Claim #5 in the amount of $6,692.97 both of which are secured by one 2005 TOYOTA SOLARA.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $8,027.00 whereas the NADA retail value is $11,850.00.

3. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan fails to provide for Court Claim #5 although there is equity in the amount of $4,165.83 to secure said claim. The remainder of Court Claim #5 should be treated as general unsecured.

4. The debtor has failed to provide proof of insurance on the 2005 TOYOTA SOLARA securing the claims of this creditor.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

MAX CREDIT UNION

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math & Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this February 18, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard Shinbaum
Shinbaum, Abell, McLeod & Vann
P.O. Box 201
Montgomery AL 36101-0201

BONNIE L EBERWEIN
ALAN EBERWEIN
1202 VALRIDGE N
PRATTVILLE AL 36066

/s/ Leonard N. Math